**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

JAMES L. HEDGECOCK, D.C., Ph.D.,

    Plaintiff,

v.                                              Case No. 3:18-cv-1456-J-34PDB

FIRST COAST SERVICE OPTIONS,
INC., et al.,

    Defendants.
_____

### ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice (Dkt. No. 58; Notice) filed on July 10, 2019. In the Notice, Plaintiff requests dismissal of this matter without prejudice. <u>See</u> Notice at 1. Upon review of the docket, the Court notes that Defendants have neither served an answer nor a motion for summary judgment. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby

    **ORDERED:**

    1.     This case is **DISMISSED without prejudice**.

    2.     Each party shall bear his or its own costs and attorneys' fees.

    3.     The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 10th day of July, 2019.

*[Signature]*
MARCIA MORALES HOWARD
United States District Judge

- 2 -

lc11
Copies to:

Counsel of Record